| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17CV1031 |
|---|---|
| Name of Plaintiff(s): Whitney Nicole Thomas <br> VERSUS <br> Name of Defendant(s): Allenlund Company et al <br> Mediator Name: Thomas C. Duncan <br> Telephone No: 336.274.7243 <br> E-Mail Address: tduncan@duncanmediation.com | REPORT OF MEDIATOR <br> *(For Placement on the CM/ECF Docket)* <br> FILED NOV 30 2018 <br> ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☒ was held on __11/19/18__ (date)
   ☐ was NOT held because _____

2. **Attendance**
   ☒ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are __DISMISSAL WITH PREJUDICE__
   (b) The person responsible for filing the document(s) is __KARONNIE TRULY__
   (c) The agreed deadline for filing the document(s) is __12/31/18__

Submission of Report. Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

__[signature]__ Mediator Signature         __11/19/18__ Date

RECEIVED In This Office NOV 30 2018
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.