IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:17-cv-1031-CCE-JEP

| | |
|---|---|
| WHITNEY NICOLE THOMAS, )<br>Administrator of the ESTATE OF )<br>KENNETH N. JEFFERSON, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLEN LUND COMPANY, INC., EC )<br>TRUCKING ENTERPRISES, INC., )<br>DANIEL SANTIAGO SERNA, )<br>JACOB SALAZAR, )<br>COMMONWEALTH DAIRY, LLC, )<br>and ALDI, INC., )<br>Defendants. ) | **STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

The parties stipulate and agree, through their respective counsel of record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is voluntarily dismissed with prejudice as to all Defendants.

This 5th day of December, 2018.

/s/ Karonnie R. Truzy
Karonnie R. Truzy
Crumley Roberts, LLP
2400 Freeman Mill Road, Suite 200
Greensboro, North Carolina 27406
Telephone: (336) 333-9899
Facsimile: (866) 815-2992
Email: krtruzy@crumleyroberts.com
N.C. State Bar No.: 28228
*Attorneys for Plaintiff*

/s/ Rodney E. Pettey
Rodney E. Pettey
Sean T. Partrick
Yates, McLamb & Weyher, LLP
434 Fayetteville Street, Suite 2200
Post Office Box 2889
Raleigh, North Carolina 27601/27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: rpettey@ymwlaw.com
N.C. State Bar No.: 17715
Email: spartrick@ymwlaw.com
N.C. State Bar No.: 25176
*Attorneys for Defendant*
*Allen Lund Company, Inc.*

/s/ Rebecca R. Thornton
Rebecca R. Thornton
Teague Campbell
Dennis & Gorham, LLP
Post Office Box 19207
Raleigh, North Carolina 27619-9207
Telephone: (919) 873-0166
Email: rthornton@teaguecampbell.com
N.C. State Bar No.: 40008
*Attorneys for Defendant*
*EC Trucking Enterprises, Inc.*

/s/ F. Marshall Wall
F. Marshall Wall
Molly D. Pearce
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
Email: fmw@cshlaw.com
N.C. State Bar No.: 26804
Email: mpearce@cshlaw.com
N.C. State Bar No.: 52337
*Attorneys for Defendant*
*Daniel Santiago Serna*

/s/ William C. Robinson
William C. Robinson
Robinson Elliott & Smith
800 East Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 343-0061
Facsimile: (704) 373-0290
Email: srobinson@reslawfirm.net
N.C. State Bar No.: 17584
*Attorneys for Defendant Jacob Salazar*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:17-cv-1031

| | |
|---|---|
| WHITNEY NICOLE THOMAS, Administrator of the ESTATE OF KENNETH N. JEFFERSON, Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| ALLEN LUND COMPANY, INC., EC TRUCKING ENTERPRISES, INC., DANIEL SANTIAGO SERNA, JACOB SALAZAR, COMMONWEALTH DAIRY, LLC, and ALDI, INC., Defendants. | ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following David J. Ventura and Karonnie R. Truzy, *Attorneys for Plaintiff*; Rebecca R. Thornton and Lindsey B. Revels, *Attorneys for EC Trucking Enterprises, Inc.*; F. Marshall Wall and Molly D. Pearce, *Attorney for Daniel Santiago Serna*; and William C. Robinson, *Attorney for Defendant Jacob Salazar.* I hereby certify that I have mailed the document to the following non CM/ECF participants: None.

4

                                    /s/ Rodney E. Pettey
                                    Rodney E. Pettey
                                    NC State Bar No. 17715
                                    Sean T. Partrick
                                    NC State Bar No. 25176
                                    Attorneys for Allen Lund Company, Inc.
                                    Yates, McLamb & Weyher, LLP
                                    Post Office Box 2889
                                    Raleigh, NC 27602-2889
                                    Telephone: (919) 835-0900
                                    E-Mail: rpettey@ymwlaw.com
                                    E-Mail: spartrick@ymwlaw.com